FILED
February 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)           Case No. 2:08-mj-62 KJM
　　　　　Plaintiff, )
v. )           ORDER FOR RELEASE
)           OF PERSON IN CUSTODY
Phillip Tham, )
)
　　　　　Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Phillip Tham Case 2:08-mj-62 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　＿　Release on Personal Recognizance

　　＿　Bail Posted in the Sum of _____

　　X　Unsecured bond in the amount of $500,000, to be replaced by a secured bond by 3/3/08.

　　＿　Appearance Bond with 10% Deposit

　　＿　Appearance Bond secured by Real Property

　　＿　Corporate Surety Bail Bond

　　X　(Other) PTS conditions/supervision; proof of employment due within three weeks.

Issued at Sacramento, CA on 2/21/08 at 3:40 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge